further discussion. All the defendant's assignments of error are over-
ruled, and the judgment below is
    Affirmed.

---

### C. C. JACKSON v. W. R. SULLIVAN.

(Filed 22 September, 1954.)

APPEAL by defendant from *Clement, J.,* January Term, 1954, of
BUNCOMBE.

This is a civil action tried in the General County Court of Buncombe
County, North Carolina, to recover a balance of $375.00 alleged to be
due upon a contract for services rendered by the plaintiff for and on
behalf of the defendant. Jury trial was waived. Verdict for the plain-
tiff, and judgment was duly entered. The evidence supports the verdict.
The defendant excepted to the judgment and appealed to the Superior
Court of Buncombe County. His exceptions and assignments of error
were overruled and the verdict and judgment of the lower court affirmed.
The defendant appeals, assigning error.

*I. C. Crawford and L. C. Stoker for appellee.*
*Appellant in propria persona.*

PER CURIAM. The assignments of error brought forward in the
defendant's brief fail to reveal error. Hence the judgment below is
    Affirmed.

---

### ETHEL DAVIS v. WENDELL S. SIMMONS AND JEFFERY BLACKMON.

(Filed 22 September, 1954.)

APPEAL by plaintiff from *Sink, J.,* July Term 1954, SURRY. No error.

About 1:00 a.m. on 31 May 1953, plaintiff was lying prone across the
westerly half of Highway 52 near Mount Airy. She was apparently in
a drunken stupor. Defendants, traveling in a southerly direction, meet-
ing automobiles going in the opposite direction, ran over a part of plain-
tiff's body. Defendant Blackmon was the owner of the automobile, and
Simmons was, at the time, operating the vehicle.

The jury answered the first issue of negligence "No." The court below
entered judgment on the verdict and plaintiff appealed.